**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF FLORIDA**

**TAMPA DIVISION**

Case No.: 8:26-cv-01776-MSS-LSG

**MONICA LEWIS,**
Plaintiff,

JUL 7 2026 PM4:05
FILED - USDC - FLMD - TPA

v.

**ROBERT GUALTIERI, in his Official Capacity as**

**Sheriff of Pinellas County, Florida, et, al.,**

**Defendants,**

**Prior / Related Appellate & Federal Tracking Cases:**

Sixth Circuit Judicial Court Case No.: 23-003-005-CI-19

U.S. District Court, Middle Dist. of Fl. Case No.: 8:24-cv-01935-TPB-CP

U.S. Court of Appeals for the Eleventh Circuit Case No.: 24-1355

Sixth Circuit Judicial Court Case No.: 26-002914-CI

---

**PLAINTIFF'S NOTICE OF FILING FIRST AMENDED COMPLAINT AS A MATTER OF COURSE**

Plaintiff, Monica Lewis, pursuant to Rule 15(a)(1)(B) of the Federal Rules of Civil Procedure, hereby gives notice of filing her First Amended Complaint.

1. On May 12, 2026, Plaintiff filed her original Complaint in this action.

2. Defendants served a Motion to Dismiss under Rule 12(b)(6) on June 25, 2026, after this action was removed from state to federal court.

3. Fewer than 21 days have elapsed since the service of Defendants' Rule 12(b)(6) motion.

4. Accordingly, Plaintiff is entitled to amend her complaint once as a matter of course without requesting leave of Court.

5. Pursuant to Middle District of Florida Local Rule 4.01, the completely integrated First Amended Complaint—incorporating all changes without redlines—is attached hereto as a standalone document.

I HEREBY CERTIFY that on July 7, 2026, a true and correct copy of the foregoing was served via electronic mail directly upon Counsel for the Defendants, Anne McDonough, at her designated email address: amcdonough@pcsonet.com.

Monica Lewis, Pro Se
275 Kingfish Dr Se
St Petersburg, Florida 33705
Ph: (727)458-9458
Email: horizonnear@gmail.com
Monica Lewis